UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEEP SINGH, | No. 1:26-cv-02055-DAD-CKD (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | (Doc. No. 9) |

Petitioner Gurdeep Singh is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 10.) Specifically, the magistrate judge found that petitioner is currently detained pursuant to 8 U.S.C. § 1231 following the entry of his final removal order, was granted withholding of removal, and has been detained in excess of six months since his final removal order was entered. (*Id.* at 2–3.) Accordingly, the magistrate judge concluded that respondents therefore bore the burden to show that there exists a significant likelihood of removal in the reasonably foreseeable future and that respondents had failed to do so. (*Id.* at 3–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto

1

were to be filed within seven (7) days after service.  (*Id.* at 4.)  On April 18, 2026, respondents filed their objections to the pending findings and recommendations.  (Doc. No. 10.)

Respondents' objections state that they object for the same reasons set forth in their previously-submitted answer.  (*Id.* at 1.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1. The findings and recommendations filed on April 13, 2026 (Doc. No. 9) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED and Respondents are ORDERED to immediately release petitioner Gurdeep Singh, A-File No. 246-613-722, from respondents' custody;

3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2026**                                      _____
                                                                                DALE A. DROZD
                                                                                UNITED STATES DISTRICT JUDGE

2